IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BONNIE GEE**                                                               **PLAINTIFF**

**VS.**                                             **CLASS ACTION NO: 4:07CV87-P-B**

**VIKING RANGE CORPORATION**                                   **DEFENDANT**

**AGREED ORDER FOR EXTENSION
OF DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**

    **THIS MATTER** has come before the Court upon the ore tenus Motion of Viking Range Corporation for an extension of time until July 27, 2007 to answer or otherwise respond to the Complaint. Counsel for the Plaintiff does not object to the extension. Having considered the Motion and being advised that the parties agree to this extension, the Court finds that the Motion is well taken and should be granted.

    **IT IS, THEREFORE, ORDERED** that Viking Range Corporation shall answer or otherwise respond to the Complaint on or before July 27, 2007.

    **THIS** the 15th day of June, 2007.

                                          /s/ Eugene M. Bogen
                                          UNITED STATES MAGISTRATE JUDGE

| /s/ Eric W. Hospodor | /s/ Pope S. Mallette |
|---|---|
| ERIC W. HOSPODOR | POPE S. MALLETTE |
| MS. BAR NO. 102041 | MS BAR NO. 9836 |
| Attorney Viking Range Corporation | Attorney for Bonnie Gee |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | MAYO MALLETTE, PLLC |
| 4268 I-55 North | Post Office Box 1456 |
| Meadowbrook Office Park | 428 North Lamar Boulevard |
| Jackson, MS  39211 | Oxford, MS 38655 |