IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BONNIE GEE                                                                                           PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 4:07CV87-P-B

VIKING RANGE CORPORATION                                                             DEFENDANT

## NOTICE OF SERVICE

Pursuant to Uniform Local Rule 5.3(C), notice is hereby given that Viking Range Corporation this day has served the following:

1. Response to Plaintiff's First Requests for Production of Documents; and

2. Response to Plaintiff's First Set of Interrogatories.

The undersigned counsel for Viking Range Corporation has retained the originals of these pleadings as custodian.

This the 10th day of December, 2007.

                                                     Respectfully submitted,

                                                     VIKING RANGE CORPORATION

                                                     By Its Attorneys,

                                                     BAKER, DONELSON, BEARMAN,
                                                      CALDWELL & BERKOWITZ, P.C.

                                                     By: /s/Scott W. Pedigo
                                                         SCOTT W. PEDIGO

Scott W. Pedigo (MB #10735)
Eric Wynn Hospodor (MB #102041)
Brooks Eason (MB #5286)
David P. Webb (MB #7052)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park (39211)
P. O. Box 14167
Jackson, Mississippi 39236
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424

## CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing was served via the Court's ECF system on the following:

J. Cal Mayo, Jr., Esq.
Paul Bowie Watkins, Jr., Esq.
Pope S. Mallette, Esq.
Mayo Mallette PLLC
P. O. Box 1456
Oxford, MS  38655

Andrew M. Schatz, Esq.
Mark P. Kindall, Esq.
Schatz Nobel Izard P.C.
20 Church Street
Hartford, CT  06103

This the 10th day of December, 2007.

/s/Scott W. Pedigo
SCOTT W. PEDIGO

2