IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BONNIE GEE                                                                                          PLAINTIFF

V.                                                          CIVIL ACTION NUMBER: 4:07-cv-87-P-B

VIKING RANGE CORPORATION                                                        DEFENDANT

## MOTION TO WITHDRAW AS ATTORNEY

Plaintiff Bonnie Gee ("Plaintiff"), by and through her attorneys, files this Motion to Withdraw on behalf of Andrew M. Schatz, one of her attorneys in the above-styled action, and in support states the following:

1. The attorneys of the law firm of Schatz Nobel Izard, along with her other attorneys, have represented Plaintiff in the above-styled lawsuit since its filing.

2. Andrew M. Schatz is retiring from the law firm of Schatz Nobel Izard, and will no longer been associated with this matter.

3. Therefore, Mr. Schatz requests to withdraw as counsel of record for Plaintiff and requests that the Clerk of the Court remove him from the mailings list in the ECF system.

4. Other counsel from Schatz Nobel Izard with appearances in this case, as well as counsel from Mayo Mallette PLLC, will continue to serve as counsel for the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court enter an Order allowing Andrew M. Schatz to withdraw as counsel for Plaintiff Bonnie Gee and removing him from the mailings list in the ECF system.

THIS, the 2nd day of May, 2008.

Respectfully submitted,

BONNIE GEE

 /s/ Paul B. Watkins, Jr.
J. CAL MAYO, JR. (MB NO. 8492)
POPE S. MALLETTE (MB NO. 9836)
PAUL B. WATKINS, JR. (MB NO. 102348)
*PLAINTIFF'S ATTORNEYS*

OF COUNSEL:

 MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi  38655
Tel: (662) 236-0055
Fax: (662) 236-0035


Jeffrey S. Nobel
Mark P. Kindall
SCHATZ NOBEL IZARD, P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290

**CERTIFICATE OF SERVICE**

I, Paul B. Watkins, Jr., one of the attorneys for Plaintiff, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Brooks Eason, Esq.
beason@bakerdonelson.com

Eric Wynn Hospodor, Esq.
ehospodor@bakerdonelson.com

Scott Walker Pedigo, Esq.
spedigo@bakerdonelson.com

David P. Webb, Esq.
dwebb@bakerdonelson.com

THIS, the 2nd day of May, 2008.

 */s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR.