IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BONNIE GEE**                                                                                          **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 4:07CV87-P-B**

**VIKING RANGE CORPORATION**                                                  **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

There has come before the Court the joint *ore tenus* motion of Bonnie Gee ("Plaintiff") and Viking Range Corporation ("Defendant") to dismiss with prejudice all claims asserted by the Plaintiff in this action against the Defendant. The Court, being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims asserted by the Plaintiff against the Defendant in this action are dismissed with prejudice. Each party shall bear its own costs.

**SO ORDERED**, this the 3rd day of February, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED:**

*s/ Scott W. Pedigo*
Brooks Eason (MB #5286)
Scott W. Pedigo (MSB #10735)
David P. Webb (MSB#7052)
Eric W. Hospodor (MSB#102041)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

COUNSEL FOR VIKING RANGE CORPORATION


*s/J. Cal Mayo, Jr.*
J. Cal Mayo, Jr.
Pope S. Mallette
Paul Bowie Watkins, Jr.
MAYO MALLETTE, PLLC

COUNSEL FOR BONNIE GEE